CORRIGAN, J. I join the statement of Justice MARKMAN.

PEOPLE v LYONS, No. 136846; Court of Appeals No. 284473.